No. 764. GUARANTY TRUST CO., TRUSTEE, *v.* MINNEAPOLIS & ST. LOUIS R. CO. ET AL.;

No. 765. HAWLEY ET AL. *v.* SAME;

No. 826. NEW YORK TRUST CO., TRUSTEE, *v.* SAME;

No. 827. BENNETT COMMITTEE *v.* SAME; and

No. 828. BANKERS TRUST CO., TRUSTEE, *v.* SAME. May 19, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John W. Davis, Frank B. Kellogg, Edwin S. S. Sunderland, Warren S. Carter, Thomas O'G. FitzGibbon,* and *John Junell* for the Guaranty Trust Company, Trustee, and Hawley et al. *Messrs. Joseph M. Hartfield* and *Jesse E. Waid* for the New York Trust Company, Trustee, and The Bennett Committee. *Messrs. Charles Bunn* and *James H. McIntosh* for the Bankers Trust Company, Trustee. *Messrs. Henry W. Taft, Paxton Blair, Alfred A.*

*Cook, Frederick F. Greenman, Henry V. Poor,* and *Frederick G. Ingersoll* for the Minneapolis & St. Louis Railroad Company et al. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Mr. Claude R. Branch* for the United States.